O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA CR 98-00143 DDP (1) |
| | ) | |
| Plaintiff, | ) | ORDER RE MOTION TO REDUCE |
| | ) | SENTENCE |
| v. | ) | |
| | ) | [DOCKET NUMBERS 763 AND 799] |
| JOSE CASTELLON PONCE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendant has moved pro se pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines to have his sentence reduced. Defendant's motion fails because he was sentenced to the applicable mandatory minimum term of imprisonment. See United States v. Augustine, 712 F.3d 1290, 1295 (9th Cir. 2013), cert. denied, 134 S. Ct. 297 (2013) ("The district court . . . may not impose a sentence below applicable . . . mandatory minimums" even if "Guidelines amendments lowered the range applicable" to the defendant); see also United States v. Sykes, 658 F.3d 1140, 1148 (9th Cir. 2011) ("Because the mandatory statutory minimum sentence of 120 months applied to [defendant] in his §

3582(c)(2) sentence modification proceeding, the district court in that proceeding lacked the discretion to reduce [his] sentence below 120 months."). Accordingly, Defendants' motion is DENIED.

IT IS SO ORDERED.

Dated: May 10, 2016

_____
DEAN D. PREGERSON
United States District Judge